ERNEST ST. GEORGE LOUGH et al., Appellants, *v.* E. EMILIUS OUTERBRIDGE et al., Respondents.*

(Submitted November 26, 1894; decided December 4, 1894.)

MOTION for re-argument.

*Treadwell Cleveland* for motion.

*Butler, Stillman & Hubbard* opposed.

Agree to grant motion; no opinion.
All concur.
Motion granted.

————————————————
* Case reported, 143 N. Y. 271.